# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| HOWARD CONNOR, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BILL BARRETT CORPORATION, JIM W. MOGG, R. SCOT WOODALL, WILLIAM F. OWENS, EDMUND P. SEGNER, RANDY I. STEIN, and MICHAEL E. WILEY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:18-cv-00323

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 19, 2018

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

/s/ *Juan E. Monteverde*
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on April 19, 2018, I authorized the electronic filing of the foregoing document with the Clerk of the Court via the CM/ECF system.  The CM/ECF system will provide service via a Notice of Electronic Filing to the parties registered in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of April, 2018.

BY: /s/ Juan E. Monteverde
     JUAN E. MONTEVERDE
